1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LYNN WOODS,                              No.  2:22-cv-00640-DAD-EFB (PC)

12              Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND GRANTING
13        v.                                  DEFENDANT SMITH'S MOTION TO
                                              DISMISS PLAINTIFF'S CLAIM BROUGHT
14   CHRISTOPHER SMITH, et al.,               AGAINST HIM

15              Defendants.                   (Doc. Nos. 28, 39)

16

17

18        Plaintiff Lynn Woods is a state prisoner proceedings *pro se* and *in forma pauperis* in this

19   civil rights action brought under 42 U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On February 13, 2024, the assigned magistrate judge issued findings and

22   recommendations recommending that defendant Christopher Smith's motion to dismiss plaintiff's

23   claim brought against him (Doc. No. 28) be granted.  (Doc. No. 39.)  Specifically, the magistrate

24   judge concluded that, while plaintiff's claim brought against defendant Smith was not time-

25   barred, plaintiff had failed to sufficiently allege that defendant Smith either directly participated

26   in the alleged constitutional violations or had actual knowledge of the alleged violations and

27   failed to prevent them.  (*Id.* at 3–7.)  The magistrate judge also concluded that leave to amend

28   would be futile given that plaintiff had been unable to adequately plead a claim against defendant

1

1   Smith despite filing multiple amended complaints.  (*Id.* at 7–8.)

2        Those findings and recommendations were served on the parties and contained notice that

3   any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 9.)  No

4   party filed any objections to the pending findings and recommendations, and the time to do so has

5   passed.

6        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the

7   court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

8   court concludes that the findings and recommendations are supported by the record and proper

9   analysis.[1]

10       Accordingly:

11       1.   The findings and recommendations issued on February 13, 2024 (Doc. No. 39) are

12            adopted;

13       2.   Defendant Christopher Smith's motion to dismiss plaintiff's claim brought against

14            him (Doc. No. 28) is granted;

15       3.   Plaintiff's claim brought against defendant Smith is dismissed without further

16            leave to amend;

17       4.   Defendant Christopher Smith is dismissed from this action;

18       5.   The Clerk of the Court is directed to update the docket to reflect that defendant

19            Christopher Smith has been terminated as a named defendant in this action; and

20       6.   This action is referred back to the assigned magistrate judge for further

21            proceedings.

22       IT IS SO ORDERED.

23   Dated:   **March 25, 2024**                                    _____

24                                              DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE
25

26   _____

27   [1]  The court does decline to adopt the sentence in the pending findings and recommendations
     which attributes a quotation to the Ninth Circuit's decision in *Peralta v. Dillard*, 744 F.3d 1076
     (9th Cir. 2014).  (*See* Doc. No. 39 at 7.)  The court has not located the quoted language in the
28   cited decision.