UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN WOODS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAN KIRSCH,<br><br>　　　　　Defendant. | No. 2:22-cv-00640-DAD-EFB (PC)<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding in an action brought under 42 U.S.C. § 1983. On February 12, 2024, the court ordered defendant Kirsch to supplement discovery responses and to file a statement with the court within seven days confirming that he had done so. ECF No. 38. The time for filing the statement has passed and defendant has not complied with the court's order.

　　　Accordingly, within 14 days of the date of this order, defendant Kirsch is ORDERED to show cause why he should not be sanctioned for his failure to comply with the court's order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Dated: April 1, 2024

　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1