UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN KIRSCH,<br><br>    Defendant. | No. 2:22-cv-00640-DAD-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding in an action brought under 42 U.S.C. § 1983. On September 12, 2024, plaintiff filed a motion to compel. ECF No. 46. To date, defendant has not filed an opposition or statement of non-opposition to the motion.

Defendant shall file an opposition or statement of non-opposition to plaintiff's motion to compel within 14 days of the date of this order. Failure to comply with this order may result in waiver of opposition to the motion and/or other sanctions. E.D. Cal. L.R. 230(*l*).

So ordered.

Dated: October 16, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1