IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNN WOODS,** | Case No. 2:22-cv-00640-EFB (PC) |
| Plaintiff, | |
| **v.** | ORDER |
| **ALAN KIRSCH,** | |
| Defendants. | |

Defendant has moved to modify the scheduling order to extend all remaining deadlines by 90 days.  ECF No. 57.  Plaintiff also seeks a 90-day extension.  ECF No. 58.  Upon due consideration and good cause appearing, the Court **GRANTS** the motions for extension of time. The deadlines are extended as follows:

////

////

////

////

////

////

////

| Task | Current Deadline | Requested Extension |
|------|------------------|---------------------|
| Expert Disclosures | December 16, 2025 | March 16, 2026 |
| Completion of Expert Discovery | January 15, 2026 | April 15, 2026 |
| Pretrial Conference | February 18, 2026 | May 29, 2026 |
| Plaintiff's Pretrial Statement and Motions Necessary to Obtain Attendance of Witnesses at Trial | February 4, 2026 | May 5, 2026 |

**IT IS SO ORDERED**.

DATED:  February 4, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE